390 P.2d 442

**Max RINGEISEN and Virginia Ringeisen, his wife, Petitioners,**

v.

**The Honorable D. A. MACPHERSON, Judge of the District Court of the Second Judicial District of the State of New Mexico, Respondent.**

No. 7606.

Supreme Court of New Mexico.

April 1, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for alternative writ of prohibition be and the same is hereby denied.

390 P.2d 442

**Application of Mary Helen ROSS for a Writ of Habeas Corpus.**

No. 7602.

Supreme Court of New Mexico.

March 30, 1964.

Ordered that the petitioner's application for a writ of habeas corpus does not meet the requirements of the statutes made and provided and the same is hereby denied.